**Order entered February 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00857-CV

**HUMITECH DEVELOPMENT CORPORATION, AND EMIL LIPPE, JR., Appellants**

**V.**

**ALAN PERLMAN, MICHAEL PERLMAN, ET AL, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-9266-J**

## ORDER

Appellees' January 30, 2014 amended motion to reconsider is **DENIED**.

/s/     LANA MYERS
         JUSTICE